IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

HIGHTOWER FOODS, L.L.C.                                               PLAINTIFF

VERSUS                                         CIVIL ACTION NO: 1:10CV176-A-D

SANG W. KIM and JIHYUN KIM                                          DEFENDANTS

## FINAL JUDGMENT

This cause is before the Court on the Motion for Default Judgment by Plaintiff Hightower Foods, L.L.C. against Sang W. Kim and Jihyun Kim [Docket 12]. From the affidavit on file and the Clerk's Entry of Default, the Court finds that the Clerk has entered a default against Defendants for failure to respond or answer and that a default judgment should be entered against them.

The Court further finds, following hearing, that the amount due, including late fees, is $189,787.14.

The note provides for attorneys' fees in the amount of thirty-three percent (33%) of the total recovery or $62,629.77.

Accordingly, it is hereby ORDERED AND ADJUDGED that the Plaintiff Hightower Foods, L.L.C. is awarded judgment of, from and against Defendants Sang W. Kim and Jihyan Kim, jointly and severally, in the total amount of $252,416.91.

This judgment shall bear interest at the rate of 8 percent per annum from this date.

SO ORDERED this the 15th day of June, 2011.

/s/ Sharion Aycock
U.S. DISTRICT JUDGE

Submitted by:

JIM WAIDE, MSB NO.: 6857
WAIDE & ASSOCIATES, P.A.
ATTORNEYS AT LAW
POST OFFICE BOX 1357
TUPELO, MISSISSIPPI 38802
TELEPHONE: 662/842-7324
FACSIMILE: 662/842-8056
EMAIL: waide@waidelaw.com

Attorneys for Plaintiff